**Danny SITTON, Plaintiff–Appellant**

v.

**CORRECTIONAL MEDICAL SERVICES; Erin Escamilla, Nurse; Dr. John A. Matthews; Dr. Thomas Baker; Pamela Swartz, Nurse; Dave Dormire, Warden; George Lombardi, Director, Missouri Department of Corrections, Defendants–Appellees.**

No. 14–2140.

United States Court of Appeals, Eighth Circuit.

Submitted: April 17, 2015.

Filed: April 27, 2015.

Danny Sitton, Jefferson City, MO, pro se.

Jessica L. Liss, Jackson Lewis PC, St. Louis, MO, for appellees.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate Danny Sitton appeals the district court's[1] adverse grant of summary judgment on his claims against Correctional Medical Services and Dr. John A. Matthews in his 42 U.S.C. § 1983 action. We find no merit to Sitton's challenges to the grant of summary judgment. *See Mason v. Corr. Med. Servs., Inc.*, 559 F.3d 880, 884–85 (8th Cir.2009) (de novo review). We also find no abuse of discretion in the district court's denial of Sitton's motion for recusal. *See* 28 U.S.C. § 144 (requiring reassignment if party files timely and sufficient affidavit stating judge has personal bias or prejudice against him or in favor of adverse party); *Bannister v. Delo*, 100 F.3d 610, 614 (8th Cir.1996) (judge presiding over case is presumed impartial and party bears substantial burden of proving otherwise; not all unfavorable dispositions towards individual or his case are properly described by terms bias or prejudice). The judgment of the district court is affirmed.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.